**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELIUD CINTRON,

                Plaintiff,                        21 **CIVIL** 9897 (SN)

      -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 20, 2023, Cintron's motion is GRANTED, and the Commissioner's motion is DENIED. The action is remanded to the SSA for a calculation of benefits or further proceedings consistent with the opinion. Defendant is directed to ensure that the proceedings before an ALJ are completed within 120 days. Should a decision not issue before that deadline, a calculation of benefits must be made immediately.

**Dated:**  New York, New York
           March 21, 2023

                                                                   **RUBY J. KRAJICK**

                                                                      _____
                                                                         **Clerk of Court**

                            **BY:**        _K. Mango_

                                                                           _____
                                                                         **Deputy Clerk**